| Department of Homeland Security | | | |
|---|---|---|---|
| U.S. Citizenship and Immigration Services | | | I-797C, Notice of Action |

# THE UNITED STATES OF AMERICA

| Fingerprint Notification | | | NOTICE DATE<br>April 13, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | INS A#<br>A 076 167 342 |
| APPLICATION NUMBER<br>LIN*000876740 | RECEIVED DATE<br>March 03, 2006 | PRIORITY DATE<br>March 03, 2006 | PAGE<br>1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**

ALI ABDDO HAMOOD AZIZ
c/o NASER M NASER
4479 W LAWRENCE AVE
CHICAGO IL 60630

BIOMETRICS PROCESSING STAMP
ASC SITE CODE:
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
197582   4-28-06
ON

To process your application, INS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER<br>CIS NORRIDGE<br>4701 N.CUMBERLAND AVE.<br>SUITE B-D<br>NORRIDGE IL 60706 | DATE AND TIME OF APPOINTMENT<br>04/28/2006<br>12:00 PM |
|---|---|

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. **THIS APPOINTMENT NOTICE** and
2. **PHOTO IDENTIFICATION.** Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

**PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.**

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon   ☐ Saturday afternoon

INS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS NORRIDGE
4701 N.CUMBERLAND AVE.
SUITE B-D
NORRIDGE IL 60706

If you have any questions regarding this notice, please call 1-800-375-5283.   APPLICANT COPY

APPLICATION NUMBER
LIN*000876740

### WARNING!
*Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.*

Form I-797C (Rev. 01/31/05) N

JUDGE ZAGEL
MAGISTRATE JUDGE BROWN