**08 C 1112**



U.S. Department of Homeland Security
Washington, DC 20529

U.S. Citizenship
and Immigration
Services

HQCIS 181/48.2-C
MAY 2 4 2007

Mr. Ali Abddo Hamood Aziz
4479 West Lawrence Avenue
Chicago, IL 60630

**JUDGE ZAGEL
MAGISTRATE JUDGE BROWN**

Dear Mr. Aziz:

Thank you for your letter dated March 12, 2007, to the U.S. Citizenship and Immigration Services Ombudsman (CISO). Your letter concerning the status of your Form N-400, Application for Naturalization was forwarded to the U.S. Citizenship and Immigration Services (USCIS) for a response and assigned case # 653346.

Mr. Aziz, the processing of your case has been delayed. A check of our records establishes that your Application for Naturalization is not yet ready for decision, as the required investigation into your background remains open.

USCIS is committed to adjudicating immigration benefits in a timely manner while ensuring public safety and national security. Though the background checks for most applications or petitions are completed very quickly, a small percentage of cases have unresolved background check issues that temporarily delay adjudication of the application or petition. Although, USCIS makes every effort to resolve such cases promptly, the agency cannot move forward until all outstanding issues have been resolved to our satisfaction.

The background checks involve more than just the initial submission of biographical information or fingerprints and the initial response. If these checks and/or a review of the administrative record reveal an issue potentially impacting an applicant's eligibility for the requested immigration benefit, further inquiry is needed. This inquiry may include an additional interview and/ or the need to contact another agency for updates or more comprehensive information. If it is determined that an outside agency possesses information relevant to the applicant's background, USCIS asks that agency to share any relevant information for consideration by USCIS in the adjudication. Upon gathering and assessing all available information, USCIS will adjudicate the application as expeditiously as possible.

Mr. Aziz, your case has been checked into and the agency is monitoring the progress of your Application for Naturalization. USCIS is reviewing the information received from the background checks, determining if any additional information needs to be collected, and assessing if the information impacts your eligibility for the requested immigration benefit.

Mr. Ali Abddo Hamood Az.
Page 2

We understand that you are concerned with the progress of your application and how important it is for you to become a U.S. Citizen. However, we must balance our obligations to the individual applicant against our obligations to the public as a whole. While we strive to process applications timely and fairly, we must also ensure that our policies and procedures will safeguard the public. We hope that the recognition that your case has not been forgotten lessens any anxiety stemming from the delay in the adjudication.

If you require additional assistance and/or filing instructions, we invite you to contact the USCIS National Customer Service Center at 1-800-375-5283 or visit our web site at www.uscis.gov.

We trust that this information is helpful.

Sincerely,

Constance L. Carter, Supervisor
Customer Assistance Office
U.S. Citizenship and Immigration Services
U.S. Department of Homeland Security

Enclosures:   Fact Sheet – Immigration Security Checks – How and Why the Process Works
              USCIS Update – USCIS Clarifies Criteria to Expedite FBI Name Check