**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
FEBRUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

08 C 1112

| In the Matter of | Case Number: |
|---|---|
| ALI ABDDO HAMOOD AZIZ Petitioner, v. UNITED STATES DEPARTMENT OF HOMELAND SECURITY, CITIZENSHIP AND IMMIGRANT SERVICES, RUTH DOROCHOFF, in her official capacity as District Director of Chicago District Office, MICHAEL MUKASEY, Attorney General of the United States, MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, and UNITED STATES OF AMERICA, | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALI ABDDO HAMOOD AZIZ

JUDGE ZAGEL
MAGISTRATE JUDGE BROWN

| NAME (Type or print) |
|---|
| Robert Carpenter |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ |
| FIRM |
| Carpenter and Capt, Chartered |
| STREET ADDRESS |
| 53 W. Jackson Blvd., Suite 1752 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6210049 | (312) 803-5110 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐