**FILED**
**FEBRUARY 22, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**08 C 1112**

| | |
|---|---|
| ALI ABDDO HAMOOD AZIZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, CITIZENSHIP ) | Alien #: 076-167-342 |
| AND IMMIGRANT SERVICES, ) | **JUDGE ZAGEL** |
| RUTH DOROCHOFF, in her official ) | **MAGISTRATE JUDGE BROWN** |
| capacity as District Director of Chicago ) | |
| District Office, MICHAEL MUKASEY, ) | |
| Attorney General of the United States, ) | |
| MICHAEL CHERTOFF, Secretary of the ) | |
| Department of Homeland Security, and ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondents ) | |

**VERIFICATION**

I, ALI ABDDO HAMOOD AZIZ, hereby verify that to the best of my knowledge and belief all matters contained in the above Petition for Hearing on Naturalization Application are true and correct.

_____
ALI ABDDO HAMOOD AZIZ

Signed and Sworn before me this  15  day of February, 2008.

_____
Notary Public

Dated:

"OFFICIAL SEAL"
Ghassan Barakat
Notary Public, State of Illinois
My Commission Exp. 07/31/2009