FOR THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ALI ABDDO HAMOOD AZIZ,  )
)
)
Petitioner,  )
)
v.  )  Case Number: 08 CV 1112
)  Judge: **Zagel**
)  Magistrate Judge: **Brown**
UNITED STATES DEPARTMENT OF  )
HOMELAND SECURITY, CITIZENSHIP  )  Alien #: 076-167-342
AND IMMIGRANT SERVICES,  )
RUTH DOROCHOFF, in her official  )
capacity as District Director of Chicago  )
District Office, MICHAEL MUKASEY,  )
Attorney General of the United States,  )
MICHAEL CHERTOFF, Secretary of the  )
Department of Homeland Security, and  )
UNITED STATES OF AMERICA,  )
)
Respondents,  )

## PROOF OF SERVICE

I, Robert Carpenter, hereby swear or affirm that the Summonses for the below mentioned were served on each respective defendant by the following means:

Defendants:

1. U.S. DHS and U.S. CIS and RUTH DOROCHOFF, in her official capacity as District director of Chicago – Served via certified mail on February 29, 2008.

2. MICHAEL CHERTOFF, as Secretary of the U.S. DHS – Served via certified mail on March 04, 2008.

3. MICHAEL MUKASEY, as Attorney General of the United States: Served via certified mail on March 04, 2008.

1

4. PATRICK FITZGERALD, the U.S. Attorney General - by personal service at 219 S. Dearborn, 5th Floor, Chicago, IL, on February 27, 2008.

1

2

3  _____

4  Robert Carpenter

5

6

7

8

9 CARPENTER & CAPT, CHTD.
Attorneys for Petitioners

10 53 W. Jackson Blvd., Ste. 1752
Chicago, IL  60604

11 (312) 803-5110

12 Attorney Registration # (IL): 6210049

13

14

15

16

17

18

19

20

21

22

23

24

25

26         2

27