UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALI ABDDO HAMOOD AZIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, CITIZENSHIP | ) | No. 08 C 1112 |
| AND IMMIGRANT SERVICES, RUTH | ) | |
| DOROCHOFF, in her official capacity as | ) | |
| District Director of Chicago District Office, | ) | Judge Zagel |
| MICHAEL MUKASEY, Attorney General of | ) | |
| the United States, MICHAEL CHERTOFF, | ) | |
| Secretary of the Department of Homeland | ) | |
| Security, and UNITED STATES OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.  This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/  Samuel S. Miller
SAMUEL S. MILLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9083
samuel.s.miller@usdoj.gov